Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
5055 Wilshire Blvd., Suite 300
Los Angeles, CA 90036
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorney for Plaintiff,
STEVEN CHIU

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVEN CHIU, <br><br> Plaintiff, <br> vs. <br><br> UNITED COLLECTION CORPORATION, <br><br> Defendant. | Case No.: 3:08-cv-04583-JL <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** <br><br> **Fed. R. Civ. P. 41(a)(1)** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, STEVEN CHIU and Defendant, UNITED COLLECTION CORPORATION, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, STEVEN CHIU, against Defendant, UNITED COLLECTION CORPORATION, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

///

Dated: 7/8/09       KROHN & MOSS LTD

/s/ Nicholas Bontrager
Nicholas Bontrager
Attorney for Plaintiff,
STEVEN CHIU

Dated: 7/8/09

/s/ William T. McNulty Jr.
William T. McNulty Jr.
Attorney for Defendant,
UNITED COLLECTION CORPORATION

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: July 8, 2009

_____
The Honorable Judge
James Larson
United States Magistrate Judge